UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-23177-CIV-WILLIAMS

MAURICE SYMONETTE,

    Plaintiff,

vs.

DR. SMITH JOSEPH, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On September 4, 2018, Defendants City of North Miami, Florida, Larry Spring, Jeff P.H. Cazeau, and the City of North Miami Police Department filed a motion to dismiss the amended complaint. (DE 29). Pursuant to the Federal Rules of Civil Procedure, Plaintiff's response was due September 18, 2018. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is **ORDERED** to **SHOW CAUSE** by **October 12, 2018** as to why the Defendants' motion to dismiss should not be granted or the case dismissed for failure to prosecute.

**DONE AND ORDERED** in chambers in Miami, Florida, this 26 day of September, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:    Maurice Symonette
         1977 NE 119th Road
         North Miami, FL 33181