UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-23177-CIV-WILLIAMS

MAURICE SYMONETTE,

    Plaintiff,

vs.

DR. SMITH JOSEPH, *et al.*,

    Defendants.
    _____/

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On September 17, 2018, Defendant John Quirino filed a motion to dismiss the amended complaint. (DE 31). Pursuant to the Federal Rules of Civil Procedure, Plaintiff's response was due October 1, 2018. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is **ORDERED** to **SHOW CAUSE** by **October 19, 2018** as to why Defendant Quirino's motion to dismiss should not be granted or the case dismissed for failure to prosecute.

**DONE AND ORDERED** in chambers in Miami, Florida, this 3rd day of October, 2018.

                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE

CC:    Maurice Symonette
         1977 NE 119th Road
         North Miami, FL 33181